FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 21 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

06-CV-01613-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KULBIR SINGH,

    Petitioner,

v.

ALBERTO GONZALES, et al.,

    Respondent.

CASE NO. C06-1613-MJP-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 21 day of Feb., 2007.

                                      MARSHA J. PECHMAN
                                      United States District Judge

ORDER
PAGE – 1